IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID BURNETT, and DAVID NELSON as representatives of a class of similarly situated persons, and on behalf of the WESTERN GLOBAL AIRLINES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br>            Plaintiffs,<br><br>    v.<br><br>PRUDENT FIDUCIARY SERVICES LLC, MIGUEL PAREDES, JAMES K. NEFF, CARMIT P. NEFF, JAMES K. NEFF REVOCABLE TRUST DATED 11/15/12, CARMIT P. NEFF REVOCABLE TRUST DATED 11/15/12, WGA TRUST DATED 8/16/13, and JOHN DOES 1-10,<br>            Defendants. | C.A. No. 1:22-cv-00270-RGA-JLH |

**JOINT STATUS REPORT**

Pursuant to the Court's September 15, 2023 order (ECF No. 74), Plaintiffs David Burnett and David Nelson ("Plaintiffs"), and Defendants Prudent Fiduciary Services LLC, Miguel Paredes, James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust Dated 11/15/12, Carmit P. Neff Revocable Trust Dated 11/15/12, WGA Trust Dated 8/16/13, And John Does 1-10 ("Defendants") (collectively, the "Parties"), by and through their undersigned counsel, hereby submit the following Joint Status Report:

1. On August 15, 2023, the United States Court of Appeals for the Third Circuit entered a Summary Affirmance of this Court's Order denying the Defendants' motion to compel arbitration. *See* ECF No. 73. The Third Circuit's mandate issued on September 6, 2023. *Id.*

1

2. Under Fed. R. Civ. P. 12(a)(4)(A), the deadline for Defendants to respond to the Complaint is September 20, 2023. Defendants have confirmed that they will be filing Answers to the Complaint and have requested a three-week extension of the deadline to do so. Plaintiffs do not oppose this request.

3. The Parties are scheduled to confer pursuant to Fed. R. Civ. P. 26(f) on Thursday, September 21, 2023, and will file a proposed case schedule and discovery plan under Rule 26(f)(2) within 14 days of that conference.

Dated: September 20, 2023

| | |
|---|---|
| **COOCH AND TAYLOR, P.A.** | **CHIPMAN BROWN CICERO & COLE** |
| /s/ Carmella P. Keener | /s/ Mark Desgrosseilliers |
| Carmella P. Keener (#2810) | Mark Desgrosseilliers (#4083) |
| 1007 N. Orange St., Suite 1120 | Joseph B. Cicero (#4388) |
| P.O. BOX 1680 | Aidan T. Hamilton (#6729) |
| Wilmington, DE 19899-1680 | Hercules Plaza |
| Telephone: (302) 984-3816 | 1313 North Market Street, Suite 5400 |
| ckeener@coochtaylor.com | Wilmington, Delaware 19801 |
| | Telephone: (302) 295-0191 |
| **STRIS & MAHER LLP** | desgross@chipmanbrown.com |
| Peter K. Stris | cicero@chipmanbrown.com |
| Rachana A. Pathak | hamilton@chipmanbrown.com |
| Victor O'Connell | |
| John Stokes | **GROOM LAW GROUP, CHARTERED** |
| 777 S. Figueroa St., Suite 3850 | Lars C. Golumbic |
| Los Angeles, CA 90017 | Sean C. Abouchedid |
| (213) 995-6800 | Andrew D. Salel-Raham |
| pstris@stris.com | 1701 Pennsylvania Avenue, N.W. |
| rpathak@stris.com | Washington, DC 20006-5811 |
| voconnell@stris.com | Telephone: (202) 857-0620 |
| jstokes@stris.com | Facsimile: (202) 659-4503 |
| | lgolumbic@groom.com |
| **COHEN MILSTEIN SELLERS & TOLL PLLC** | sabouchedid@groom.com |
| | Asalek-raham@groom.com |
| Michelle C. Yau | |
| Daniel R. Sutter | *Attorneys for Defendants Prudent* |
| 1100 New York Ave, NW Fifth Floor | *Fiduciary Services LLC and Miguel* |
| Washington, DC 20005 | *Paredes* |
| Tel.: (202) 408-4600 | |

myau@cohenmilstein.com
dsutter@cohenmilstein.com

Eleanor Frisch
400 South 4th Street # 401-29
Minneapolis, MN 55415
Tel.: (612) 807-1575
efrisch@cohenmilstein.com

**NICHOLS KASTER, PLLP**
Paul J. Lukas
Brock J. Specht
4700 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
(612) 256-3200
lukas@nka.com
bspecht@nka.com

*Attorneys for Plaintiffs*

**MORRIS JAMES LLP**

*/s/ John H. Newcomer, Jr.*
John H. Newcomer, Jr. (ID No. 2323)
R. Eric Hacker (ID No. 6122)
Cortlan S. Hitch (ID No. 6720)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6975
jnewcomer@morrisjames.com
ehacker@morrisjames.com
chitch@morrisjames.com

**HAWKINS PARNELL & YOUNG, LLP**
Douglas A. Rubel
110 Frehold Court
Cary, North Carolina 27519
Telephone: (919) 523-3638
drubel@hpylaw.com

David R. Johanson
1776 Second Styreet
Napa, California  94559
Telephone: (707) 299-2470
djohanson@hpylaw.com

*Attorneys for Defendants James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust dated 11/15/12, Carmit P. Neff Revocable Trust dated 11/15/12, and WGA Trust dated 8/16/13*