

COOCH AND TAYLOR

ATTORNEYS ♦ A PROFESSIONAL ASSOCIATION

**Carmella P. Keener**
**Director**
**302.984.3816**
ckeener@coochtaylor.com

October 5, 2023

**VIA CM/ECF E-FILING**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 King Street
Wilmington, DE 19801-3555

> **Re:**   ***Burnett, et al. v. Prudent Fiduciary Services, LLC, et al.,***
> **No. 1:22-cv-270-RGA**

Dear Judge Andrews:

In the parties' joint status report (D.I. 77), the parties indicated they would file a proposed Scheduling Order today. While the parties have agreed to certain deadlines, disputes remain as to others. Accordingly, plaintiffs' counsel respectfully request a one-week extension to submit the Joint Rule 26 report and the proposed scheduling order.

Respectfully,

/s/ *Carmella P. Keener*

Carmella P. Keener (DE #2810)

*Delaware Counsel for Plaintiffs*

Enclosure

cc:   Counsel of Record (via CM/ECF)