# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID BURNETT AND DAVID NELSON as representatives of a class of similarly situated persons and on behalf of the WESTERN GLOBAL AIRLINES, INC. EMPLOYEE STOCK OWNERSHIP PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>PRUDENT FIDUCIARY SERVICES, LLC, MIGUEL PAREDES, JAMES K. NEFF, CARMIT P. NEFF, JAMES K. NEFF REVOCABLE TRUST DATED 11/15/12, CARMIT P. NEFF REVOCABLE TRUST DATED 11/15/12, KELLY S. NEFF TRUST DATED 1/1/10, DANIELLE J. NEFF TRUST DATED 1/1/10 and WGA TRUST DATED 8/16/13,<br><br>Defendants. | C.A. No. 1:22-cv-00270-RGA/JLH |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENTS

Plaintiffs David Burnett and David Nelson, individually and as proposed class representatives and on behalf of the Western Global Airlines, Inc. Employee Stock Ownership Plan, hereby move for orders substantially in the forms attached hereto as Exhibits 1 and 2, conditionally certifying a class for settlement purposes only, preliminarily approving a class action settlement agreement among Plaintiffs and Defendants James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust Dated 11/15/12, Carmit P. Neff Revocable Trust, Dated 11/15/12, Kelly S. Neff Trust Dated 1/1/10, Danielle J. Neff Trust Dated 1/1/10, and WGA Trust Dated 8/16/13 (collectively, the "Shareholder Defendants") (Ex. 1 hereto), preliminarily approving a separate

1

class action settlement agreement among Plaintiffs and Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes (the "Trustee Defendants") (Ex. 2 hereto), approving notice of the settlements to the class, and setting a date for a Fairness Hearing. Plaintiffs have conferred with counsel for the Shareholder Defendants, who do not oppose the Motion. Plaintiffs have also conferred with counsel for the Trustee Defendants, who also do not oppose the Motion.

This Motion is made based on the accompanying Memorandum of Law, the Settlement Agreements, the Declarations of Brock J. Specht, Peter K. Stris, Michelle C. Yau, and Carmella P. Keener, the accompanying exhibits, and all other documents, pleadings, argument, and materials presented to the Court.

Dated:  September 20, 2024

Respectfully submitted,

By: /s/ *Carmella P. Keener*
**COOCH AND TAYLOR, P.A.**
Carmella P. Keener (DE #2810)
R. Grant Dick IV (DE #5123)
1000 N. West St., Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
ckeener@coochtaylor.com
gdick@coochtaylor.com

**STRIS & MAHER LLP**

Peter K. Stris (admitted *pro hac vice*)
Rachana A. Pathak (admitted *pro hac vice*)
John Stokes (admitted *pro hac vice*)
Victor O'Connell (admitted *pro hac vice*)
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800
pstris@stris.com
rpathak@stris.com
jstokes@stris.com
voconnell@stris.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Michelle C. Yau (admitted *pro hac vice*)
Daniel R. Sutter (admitted *pro hac vice*)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com

Eleanor Frisch (admitted *pro hac vice*)
400 South 4th Street # 401-29
Minneapolis, MN 55415
(202) 408-4600
efrisch@cohenmilstein.com

**NICHOLS KASTER, PLLP**
Paul J. Lukas (admitted *pro hac vice*)
Brock J. Specht (admitted *pro hac vice*)
Laura A. Farley (admitted *pro hac vice*)
4700 IDS Center, 80 S. 8th Street
Minneapolis, MN 55402
Telephone: 612-256-3200
lukas@nka.com
bspecht@nka.com
lfarley@nka.com

*Attorneys for Plaintiffs*