IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID BURNETT AND DAVID NELSON as representatives of a class of similarly situated persons and on behalf of the WESTERN GLOBAL AIRLINES, INC. EMPLOYEE STOCK OWNERSHIP PLAN, | C.A. No. 1:22-cv-00270-RGA/JLH |
| Plaintiffs, | |
| v. | |
| PRUDENT FIDUCIARY SERVICES, LLC, MIGUEL PARADES, JAMES K. NEFF, CARMIT P. NEFF, JAMES K. NEFF REVOCABLE TRUST DATED 11/15/12, CARMIT P. NEFF REVOCABLE TRUST DATED 11/15/12, KELLY S. NEFF TRUST DATED 1/1/10, DANIELLE J. NEFF TRUST DATED 1/1/10 and WGA TRUST DATED 8/16/13, | |
| Defendants. | |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL
OF CLASS ACTION SETTLEMENTS**

Under Federal Rule of Civil Procedure Rule 23(e), Plaintiffs, on behalf of themselves and the Class, move for final approval of the class action settlement agreement among Plaintiffs and Defendants James K. Neff, Carmit P. Neff, James K. Neff Revocable Trust Dated 11/15/12, Carmit P. Neff Revocable Trust, Dated 11/15/12, Kelly S. Neff Trust Dated 1/1/10, Danielle J. Neff Trust Dated 1/1/10, and WGA Trust Dated 8/16/13 (collectively, the "Shareholder Defendants") (D.I. 143-1 at 1-58), and the separate class action settlement between Plaintiffs and Defendants Prudent Fiduciary Services, LLC, and Miguel Paredes (the "Trustee Defendants") (D.I. 143-1 at 59-109). Plaintiffs have conferred with counsel for the Shareholder Defendants, who do not oppose the

Motion. Plaintiffs have also conferred with counsel for the Trustee Defendants, who also do not oppose the Motion.

This Motion is made based on the accompanying Opening Brief, the Declaration of Brock J. Specht and accompanying exhibit filed herewith, and all other documents, pleadings, argument, and materials presented to the Court.

Dated: November 26, 2024                    Respectfully submitted,

By: /s/ *Carmella P. Keener*
**COOCH AND TAYLOR, P.A.**
Carmella P. Keener (DE #2810)
R. Grant Dick IV (DE #5123)
1000 N. West St., Suite 1500
P.O. Box 1680
Wilmington, DE 19899-1680
(302) 984-3816
ckeener@coochtaylor.com
gdick@coochtaylor.com

**STRIS & MAHER LLP**
Peter K. Stris (admitted *pro hac vice*)
Rachana A. Pathak (admitted *pro hac vice*)
John Stokes (admitted *pro hac vice)*
Victor O'Connell (admitted *pro hac vice*)
777 S. Figueroa St., Suite 3850
Los Angeles, CA 90017
(213) 995-6800
pstris@stris.com
rpathak@stris.com
jstokes@stris.com
voconnell@stris.com

**COHEN MILSTEIN SELLERS & TOLL PLLC**

Michelle C. Yau (admitted *pro hac vice*)
Daniel R. Sutter (admitted *pro hac vice*)
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
(202) 408-4600
myau@cohenmilstein.com
dsutter@cohenmilstein.com

       Eleanor Frisch (admitted *pro hac vice*)
       400 South 4th Street # 401-29
       Minneapolis, MN 55415
       (202) 408-4600
       efrisch@cohenmilstein.com

       **NICHOLS KASTER, PLLP**
       Paul J. Lukas (admitted *pro hac vice*)
       Brock J. Specht (admitted *pro hac vice*)
       Laura A. Farley (admitted *pro hac vice*)
       4700 IDS Center, 80 S. 8th Street
       Minneapolis, MN 55402
       Telephone: 612-256-3200
       lukas@nka.com
       bspecht@nka.com
       lfarley@nka.com

       *Attorneys for Plaintiffs*